| PROB 22 (Rev. 12/98) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0754 4:03CR40077-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| John H. Brooks | Southern District of Illinois | U. S. Probation Office Benton, IL 62812 |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Phil Gilbert | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/27/2007 — TO 07/26/2011 |

RECEIVED MAR 24 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

| OFFENSE |
|---|
| Conspiracy to Distribute 100 Kilograms or More of Marijuana |

JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**08CR 306**

March 20, 2008
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
Effective Date

FILED
4-14-08
APR 14 2008 TC

_[signature]_ James F. Holderman
United States District Judge

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT