

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                          312-435-5698

April 17, 2008

Southern Distrtict of Illinois
301 West Main Street
Benton, IL 62812

RECEIVED
APR 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Dear Clerk:

Re:   US v   John H. Brooks      Your case number 03 CR 40077-1
      Our case number: **08 CR 306**   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding John H. Brooks, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Laura Springer

Deputy Clerk

Enclosure

FILED
MAY 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk

April 22, 2008

Clerk, United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re: Transfer of Jurisdiction of John H. Brooks
     Our File: 03-40077-JPG

Dear Clerk:

On 4/22/08, an Order by the Honorable J. Phil Gilbert, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Northern District of Illinois.

The court is using the electronic case filing system. You may access our electronic case file at the following web address: _____ to obtain a copy of this order, the docket sheet, indictment and judgment filed in this case. We have assigned a login and password for district courts to use in accessing this information. The login is _____ and the password _____ This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Sincerely,

Norbert G. Jaworski, Clerk

By:s/Deborah Agans, Deputy Clerk

CR12
(12/04)

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:03-cr-40077-JPG-1

Case title: USA v. Brooks, et al
Magistrate judge case number: 4:03-mj-04050 3 ^ cvW

Date Filed: 11/04/2003
Date Terminated: 04/08/2004

Assigned to: Judge J. Phil Gilbert

### Defendant (1)

**John H Brooks**
*TERMINATED: 04/08/2004*

represented by **Melissa A. Day, AFPD**
Federal Public Defender's Office - Benton
401 West Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: Melissa_Day@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

21:841(a)(1), 846 (21:846=MD.F CONSPIRACY TO DISTRIBUTE MARIJUANA) (Pled guilty 1/9/04 to Count 1)
(1)

### Disposition

defendant committed to custody of USBP for term of 66 months as to count 1 of indictment; court recommends Intensive Drug Treatment Program; $500 fine as to count 1; $100 special assessment; 4 years supervised release as to count 1; defendant remanded to custody of US Marshal

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

**Highest Offense Level (Terminated)**

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Amanda A Robertson**<br>Assistant U.S. Attorney - Benton<br>Franklin County<br>402 West Main Street<br>Suite 2A<br>Benton, IL 62812<br>618-439-3808<br>Fax: 618-439-2401<br>Email: Amanda.Robertson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2003 | 1 | COMPLAINT against John H Brooks signed by Mag Judge Philip M. Frazier [ 4:03-m -4050 ] (mta) (Entered: 10/14/2003) |
| 10/14/2003 | | ARREST of defendant John H Brooks on 10/14/03 [ 4:03-m -4050 ] (vlm) (Entered: 10/14/2003) |
| 10/14/2003 | 2 | CJA Form 23 (Financial Affidavit) as to John H Brooks [ 4:03-m -4050 ] (vlm) (Entered: 10/14/2003) |
| 10/14/2003 | 3 | ORAL MOTION to detain by USA as to John H Brooks [ 4:03-m -4050 ] (vlm) (Entered: 10/14/2003) |
| 10/14/2003 | 3 | MINUTES OF INITIAL APPEARANCE (vlm): before Mag Judge Philip M. Frazier; counsel requested and FPD appointed as counsel for defendant; preliminary hearing and detention hearing set for 11:30 AM 10/17/03 for John H Brooks before Mag Judge M. Frazier in the USDC/Benton, IL; defendant remanded to the custody of the U.S. Marshal (cc: all counsel) Court Reporter Lori Rogers, So. Reporting [ 4:03-m -4050 ] (vlm) (Entered: 10/14/2003) |
| 10/15/2003 | 4 | ORDER appointing FPD for defendant John H Brooks by Mag Judge Philip M. Frazier (cc: all counsel) [ 4:03-m -4050 ] (krm) (Entered: 10/15/2003) |
| 10/15/2003 | 5 | ORDER of Temporary Detention Pending Hearing by Mag Judge Philip M. |

| | | |
|---|---|---|
| | | Frazier as to John H Brooks; detention hrg set 11:30 AM, 10/17/03 for John H Brooks before Mag Judge Philip M. Frazier in the USDC/Benton, IL (cc: all counsel) [ 4:03-m -4050 ] (krm) (Entered: 10/15/2003) |
| 10/15/2003 | 6 | NOTICE to all parties. Detention hrg set for 11:30 AM, 10/17/03 advanced on calendar to 9:30 AM, 10/16/03 for John H Brooks before Mag Judge Philip M. Frazier in the USDC/Benton, IL (cc: all counsel) [ 4:03-m -4050 ] (krm) (Entered: 10/15/2003) |
| 10/16/2003 | 7 | MINUTES OF PRELIMINARY AND DETENTION HEARINGS (JOHN H BROOKS): before Mag Judge Philip M. Frazier (krm); waiver of preliminary hearing filed; probable cause found; detention hearing held on 10/16/03 as to John H Brooks; granting motion to detain [3-1]; written order to enter (cc: all counsel) Court Reporter Lori Rogers, Southern Reporting [ 4:03-m -4050 ] (krm) (Entered: 10/16/2003) |
| 10/16/2003 | 8 | WAIVER OF PRELIMINARY HEARING by defendant John H Brooks [ 4:03-m -4050 ] (krm) (Entered: 10/16/2003) |
| 10/16/2003 | 9 | ORDER of Detention by Mag Judge Philip M. Frazier as to John H Brooks (cc: all counsel) [ 4:03-m -4050 ] (krm) (Entered: 10/16/2003) |
| 10/17/2003 | | ARREST Warrant Executed as to John H Brooks on 10/13/03 [ 4:03-m -4050 ] (krm) (Entered: 10/17/2003) |
| 11/04/2003 | 10 | INDICTMENT by USA Count filed against John H Brooks (1) count 1, Travis L Elder (2) count 1 as to defendant John H Brooks, defendant Travis L Elder (krm) (Entered: 11/05/2003) |
| 11/05/2003 | | REMARK Arrest warrant issued for John H. Brooks (krm) (Entered: 11/05/2003) |
| 11/06/2003 | 11 | MINUTES OF ARRAIGNMENT (BROOKS) (PMF/msd): before Mag Judge Philip M. Frazier dft John H Brooks arraigned; not guilty plea entered; Attorney Judith Kuenneke, AFPD, present; prttrl conf set for 9:30 AM 1/9/04 for John H Brooks before Judge J. P. Gilbert in the USDC/Benton, IL ; jury trial set 9:00 AM 1/12/04 for John H Brooks before Judge J. P. Gilbert in the USDC/Benton, IL as to John H Brooks (cc: all counsel) Court Reporter FTR Gold (msd) (Entered: 11/06/2003) |
| 11/06/2003 | 12 | ORDER for pretrial discovery and inspection as to defendant John H Brooks by Mag Judge Philip M. Frazier (cc: all counsel) (msd) (Entered: 11/06/2003) |
| 12/12/2003 | | ARREST Warrant Executed as to John H Brooks on 11/6/03 (jep) (Entered: 12/15/2003) |
| 12/16/2003 | 20 | MOTION for order appointing counsel to represent John Brooks in a civil forfeiture proceeding by John H Brooks (jep) (Entered: 12/17/2003) |
| 12/22/2003 | 21 | ORDER by Judge J. P. Gilbert granting motion for order appointing counsel to represent John Brooks in a civil forfeiture proceeding [20-1] (cc: all |

| | | |
|---|---|---|
| | | counsel) (jep) (Entered: 12/22/2003) |
| 01/09/2004 | 22 | MINUTES OF CHANGE OF PLEA (BROOKS) (kjr) before Judge J. P. Gilbert guilty plea entered by John H Brooks as to Count 1 , pretrial conference date and jury trial date satisfied; Sent/disp hrg set 10:00 AM on 4/9/04 for John H Brooks before Judge J. P. Gilbert in the USDC/Benton, IL ; defendant remanded to custody of US Marshal (cc: all counsel) Court Reporter Jane McCorkle (jep) (Entered: 01/13/2004) |
| 03/04/2004 | 28 | NOTICE/ACKNOWLEDGMENT OF PSI by USA as to John H Brooks (Robertson, Amanda) (Entered: 03/04/2004) |
| 03/23/2004 | 29 | MINUTE ORDER (NGJ/kjr) as to John H Brooks resetting Sentencing for 4/8/2004 10:00 AM in Benton Court House before Judge J. Phil Gilbert. (vlm, ) (Entered: 03/23/2004) |
| 04/08/2004 | 31 | MINUTES OF DISPOSITION(JOHN H. BROOKS) (kjr) for proceedings held before Judge J. Phil Gilbert :Plea and Sentence Hearing held on 4/8/2004 John H Brooks (1) Plea of guilty and sentencing on Count 1 by committing defendant to custody of USBP for term of 66 months as to count 1 of indictment; court recommends Intensive Drug Treatment Program; $500 fine as to count 1; $100 special assessment; 5 years supervised release s to count 1; defendant remanded to custody of USMarshal; John H Brooks terminated. (Court Reporter Jane McCorkle.) (jep) Modified on 4/28/2004 (djs, ). (Entered: 04/12/2004) |
| 04/08/2004 | 37 | MINUTE ENTRY adding JS-3 statistical information for defendant John H Brooks (this is a text entry only; no document attached)(djs) (Entered: 04/28/2004) |
| 04/13/2004 | 32 | JUDGMENT as to John H Brooks . Signed by Judge J. Phil Gilbert on 04/13/04. (wll, ) (Entered: 04/14/2004) |
| 04/13/2004 | 33 | PRESENTENCE INVESTIGATION REPORT as to John H Brooks NOTE: This is a text only entry. There is no document attached. The original is filed under seal with the Court. (wll, ) (Entered: 04/14/2004) |
| 04/13/2004 | 34 | SENTENCING RECOMMENDATION as to John H Brooks Note: This is a text only entry. There is no document attached. The original is sealed and held in the sealed document area. (wll, ) (Entered: 04/14/2004) |
| 04/15/2004 | 35 | GOVERNMENT'S EXHIBIT LIST as to John H Brooks re disposition held 4/8/04 (jep) (Entered: 04/15/2004) |
| 04/15/2004 | 36 | EXHIBITS OF DISPOSITION (JOHN BROOKS) by USA (1 envelope). (jep) (Entered: 04/15/2004) |
| 05/04/2004 | 38 | AMENDED JUDGMENT as to John H Brooks (1), Count 1, defendant committed to custody of USBP for term of 66 months as to count 1 of indictment; court recommends Intensive Drug Treatment Program; $500 fine |

| | | |
|---|---|---|
| | | as to count 1; $100 special assessment; 4 years supervised release as to count 1; defendant remanded to custody of US Marshal. Signed by Judge J. Phil Gilbert on 5/4/04. (jep) (Entered: 05/04/2004) |
| 05/17/2004 | 39 | MOTION Status of Seized Funds by John H Brooks. (Attachments: # Exhibit Notice of Seizure# Exhibit Petition for Mitigation# Exhibit Letter from DOJ/DEA)(Day, Melissa) (Entered: 05/17/2004) |
| 06/14/2004 | 45 | Judgment Returned Executed as to John H Brooks on 6/7/04. (wll) (Entered: 06/15/2004) |
| 06/14/2004 | 46 | Amended Judgment Returned Executed as to John H Brooks on 6/7/04. (wll) (Entered: 06/15/2004) |
| 06/16/2004 | 47 | RESPONSE to Motion by USA as to John H Brooks re 39 MOTION Status of Seized Funds (Robertson, Amanda) (Entered: 06/16/2004) |
| 06/16/2004 | 48 | RESPONSE to Motion by USA as to John H Brooks re 39 MOTION Status of Seized Funds *(Attachments to Response)* (Robertson, Amanda) Modified on 6/16/2004 ORIGINAL EXHIBITS 1 - 15 RECEIVED IN BENTON CLERK'S OFFICE (wll, ). (Entered: 06/16/2004) |
| 06/21/2004 | 49 | ORDER denying as moot 39 Motion as to John H Brooks (1). Signed by Judge J. Phil Gilbert on 6/21/04. (dka, ) (Entered: 06/22/2004) |
| 03/20/2008 | 55 | MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE as to John H Brooks. Signed by Judge J. Phil Gilbert on 3/20/08. (dka, ) (Entered: 03/20/2008) |
| 04/22/2008 | 56 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to John H Brooks. (Attachments: # 1 letter)(dka, ) (Entered: 04/22/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2008 11:25:26 | | | |
| PACER Login: | us3962 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:03-cr-40077-JPG |
| Billable Pages: | 3 | Cost: | 0.24 |